```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12939
   BRIAN T BROOKINS
   TENEKA R BROOKINS                         CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6989     SSN XXX-XX-8002

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/19/2007 and was confirmed 09/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 03/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
BANCO POPULAR            SECURED VEHIC    9800.00        147.02        353.75
COOK COUNTY TREASURER    SECURED           800.00           .00         60.00
OPTION ONE MORTGAGE      CURRENT MORTG        .00           .00           .00
OPTION ONE MORTGAGE      MORTGAGE ARRE        .00           .00           .00
OPTION ONE MORTGAGE      CURRENT MORTG        .00           .00           .00
OPTION ONE MORTGAGE      MORTGAGE ARRE        .00           .00           .00
PROVINCETOWN IMPROVEMENT SECURED            30.00           .00         30.00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED          .00           .00
ARROW INVESTMENTS        UNSECURED       NOT FILED          .00           .00
AVANTIS FINANCE          UNSECURED       NOT FILED          .00           .00
CAPITAL ONE              UNSECURED         1054.04          .00           .00
CASH LOANS TODAY         UNSECURED       NOT FILED          .00           .00
JPMORGAN CHASE BANK/BANK UNSECURED         4912.51          .00           .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED          .00           .00
FIFTH THIRD BANK         UNSECURED       NOT FILED          .00           .00
ISAC                     UNSECURED       NOT FILED          .00           .00
ISAC                     UNSECURED         4283.77          .00           .00
ISAC                     UNSECURED       NOT FILED          .00           .00
LEADING EDGE RECOVERY SO UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED          .00           .00
NICOR GAS                UNSECURED          715.60          .00           .00
PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          345.75          .00           .00
SENEX SERVICES CORP      UNSECURED         1042.06          .00           .00
SENEX SERVICES CORP      UNSECURED       NOT FILED          .00           .00
SENEX SERVICES CORP      UNSECURED       NOT FILED          .00           .00
SENEX SERVICES CORP      UNSECURED       NOT FILED          .00           .00
US FAST CASH             UNSECURED       NOT FILED          .00           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12939 BRIAN T BROOKINS & TENEKA R BROOKINS
```

```
RMI/MCSI                  UNSECURED         600.00              .00          .00
WORLD WIDE CASH           UNSECURED      NOT FILED              .00          .00
ER SOLUTIONS INC          UNSECURED         439.11              .00          .00
BANCO POPULAR             UNSECURED        5753.02              .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,974.00                       1,027.27
TOM VAUGHN                TRUSTEE                                          111.96
DEBTOR REFUND             REFUND                                              .00
```

     Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
    ------------------------------------------------------------------------
    TRUSTEE             1,730.00

    PRIORITY                                          .00
    SECURED                                        443.75
        INTEREST                                   147.02
    UNSECURED                                         .00
    ADMINISTRATIVE                               1,027.27
    TRUSTEE COMPENSATION                           111.96
    DEBTOR REFUND                                     .00
                        ---------------       ---------------
    TOTALS              1,730.00                1,730.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE